UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. 2:18-cv-0865 KJM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On December 17, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2019 (ECF No. 51) are adopted in full, including the finding that this action is frivolous;

1

2. Defendant Intel's June 24, 2019 motion to dismiss (ECF No. 26) is granted;

3. Defendant ARM's July 19, 2019 motion to dismiss (ECF No. 34) is granted;

4. The April 30, 2019 second amended complaint is dismissed without leave to amend;

5. Defendant Intel's June 26, 2019 motion to declare plaintiff vexatious (ECF No. 28) is denied;

6. Defendant ARM's July 19, 2019 motion to declare plaintiff vexatious (ECF No. 35) is denied;

7. Plaintiff's April 10, 2018 motion to proceed in forma pauperis (ECF No. 2) is denied;

8. Plaintiff's July 1, 2019 motion to proceed in forma pauperis (ECF No. 33) is denied; and

9. This action is closed.

DATED: February 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE